LEE A. EGERMAN SBN: 192570
lae@eblaw.com
EGERMAN & BROWN, LLP
9401 Wilshire Boulevard, Suite 500
Beverly Hills, CA 90212-2918
Telephone: (310) 248-6299
Facsimile: (310) 248-6288

Attorneys for PLAINTIFF 3PHASES, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3PHASES, LLC, a Nevada Limited Liability Company;<br><br>Plaintiff,<br><br>v.<br><br>DANIEL J. PARKER, an individual; SPARKSOURCE, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: CV 09-02331SVW (Ssx)<br><br>**STIPULATION OF DISMISSAL**<br><br>Assigned for all purposes to: Hon. Stephen V. Wilson |
| DANIEL J. PARKER, an individual; SPARKSOURCE,LLC, a Delaware Limited Liability Company,<br><br>Counterclaimant,<br><br>v.<br><br>3PHASES, LLC, a Nevada Limited Liability Company,<br><br>Counter-defendant. | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff through its designated counsel, that the above captioned action be and hereby is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own attorneys' fees, costs and expenses. The District Court shall retain jurisdiction to enforce the Settlement Agreement between the parties.

EGERMAN & BROWN, LLP

_____
LEE EGERMAN
Attorney for Plaintiff 3PHASES, LLC

_____
DANIEL PARKER, Defendant *In Pro Per*